UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRELL NAQUAN BAMS,

                Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C12-5547-RAJ

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The court has considered plaintiff's complaint, the parties' briefs, the Report and Recommendation (R&R) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record. The court, noting that no one objected to the R&R, orders as follows.

(1)    The Court adopts the Report and Recommendation. Dkt. # 25.

(2)    The court reverses the Commisioner's decision and remands this action to the Social Security Administration for further proceedings consistent with the R&R.

(3)    The clerk shall enter judgment for plaintiff, and shall give notice of this Order to Judge Tsuchida.

DATED this 11th day of March, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER REVERSING AND REMANDING CASE FOR
FURTHER ADMINISTRATIVE PROCEEDINGS - 1